**Flora NICHOLS, Appellant,**

v.

**Ramon NICHOLS, Respondent.**

**No. WD 45020.**

Missouri Court of Appeals, Western District.

May 26, 1992.

Lloyd Koelker, Kansas City, for appellant.

Jim R. Petrie, Raytown, for respondent.

Before FENNER, P.J., and ULRICH and SPINDEN, JJ.

### ORDER

PER CURIAM:

Appeal from portions of dissolution of marriage decree awarding maintenance and denying attorney fees.

The judgment is affirmed. Rule 84.16(b).